JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Villegas<br><br>    Plaintiff,<br><br>v.<br><br>Numero Uno Acquisitions, LLC; and Does 1-10,<br><br>    Defendants. | Case: CV 14-4518-DMG(SHx)<br><br>**ORDER FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41 (a) (1)**<br>**[20]** |

    Having read the parties' Stipulation, and good cause appearing therefor, this action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs. The scheduling conference on November 21, 2014 is hereby VACATED.

DATED: November 10, 2014

                                      /s/ Dolly M. Gee
                                      DOLLY M. GEE
                                  United States District Judge